John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara St., Suite C9
Santa Barbara, California 93101
Telephone: (617) 913-0363
*john@kristensen.law*

*Attorney for Plaintiffs*

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDREA KEPLER, and MELISSA GONZALEZ, an individual, and individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> PRISMA ENTERTAINMENT, LLC, dba PLAN B GENTLEMEN'S CLUB, a California Corporation; FRANK GRUNDEL, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-1985-MCS-MAA <br><br> **COLLECTIVE ACTION** <br><br> **PLAINTIFFS ANDREA KEPLER'S & MELISSA GONZALEZ'S NOTICE OF LODGING OF PROPOSED JUDGMENT AFTER ACCEPTANCE OF DEFENDANTS FED. R. CIV. P. 68 OFFER OF JUDGMENT** <br><br> Complaint Filed: March 16, 2023 |

**COMES NOW** plaintiffs Andrea Kepler and Melissa Gonzalez ("Plaintiff"), by and through undersigned counsel, and respectfully submits this Notice of Lodging Proposed Judgment pursuant to the Notice of Acceptance

NOTICE OF PLAINTIFFS ANDREA KEPLER'S & MELISSA GONZALEZ'S LODGING OF PROPOSED JUDGMENT
-1-

filed on February 12, 2024. *See* Dkt. 31.

Dated: February 18, 2024

**KRISTENSEN LAW GROUP**

*/s/ John P. Kristensen*
John P. Kristensen
***Attorneys for Plaintiffs***

---

**NOTICE OF PLAINTIFFS ANDREA KEPLER'S & MELISSA GONZALEZ'S LODGING OF PROPOSED JUDGMENT**
-2-

# CERTIFICATE OF SERVICE

I certify that on Sunday, February 18, 2024 a true and correct copy of the attached **NOTICE OF PLAINTIFFS ANDREA KEPLER'S & MELISSA GONZALEZ'S LODGING OF PROPOSED JUDGMENT AFTER ACCEPTANCE OF DEFENDANTS FED. R. CIV. P. 68 OFFER OF JUDGMENT** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Doug P. Roy
Lilian Loh
**CYPRESS LLP**
11111 Santa Monica Blvd., Suite 500
Los Angeles, CA 90025
Phone: 424-901-0148
Facsimile: 424-750-5100
*doug@cypressllp.com*
*lilian@cypressllp.com*

*Counsel for Defendants*

                                                    */s/ John P. Kristensen*
                                                        John P. Kristensen