# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDREA KEPLER, and MELISSA GONZALEZ, an individual, and individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>PRISMA ENTERTAINMENT, LLC, dba PLAN B GENTLEMEN'S CLUB, a California Corporation; FRANK GRUNDEL, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:23-cv-01985-MCS-MAA<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFFS ANDREA KEPLER & MELISSA GONZALEZ**<br><br>Complaint Filed: March 16, 2023 |

On February 7, 2024, defendants Prisma Entertainment, LLC. dba Plan B Gentlemen's Club ("Defendant" or "Plan B") and Frank Grundel ("Defendant" or "Grundel") (collectively "Defendants") served plaintiffs Andrea Kepler ("Kepler" or "Plaintiff") and Melissa Gonzalez ("Gonzalez" or "Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of TWENTY THOUSAND U.S. DOLLARS ($20,000.00) for Kepler and FIFTY THOUSAND U.S. DOLLARS ($50,000) for Gonzalez, inclusive of costs and attorneys' fees. On February 1, 2024, Plaintiffs accepted the offer. *See* Dkt. 31.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff Andrea Kepler shall have and recover from Defendants, jointly and severally, the total sum of TWENTY THOUSAND U.S. DOLLARS ($20,000.00), inclusive of costs and attorneys' fees.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff Melissa Gonzalez shall have and recover from Defendants, jointly and severally, the total sum of FIFTY THOUSAND U.S. DOLLARS ($50,000), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Kepler and against Defendants for the total sum of TWENTY THOUSAND U.S. DOLLARS ($20,000.00), with interest at the legal rate per annum from the date of the entry of this Judgment.

Further, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Gonzalez and against Defendants for the total sum of FIFTY THOUSAND U.S. DOLLARS ($50,000.00), with interest at the legal rate per annum from the date of the entry of this Judgment.

**IT IS SO ORDERED.**

Dated: February 21, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE